# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE<br>URSULA GILLIS AGENT, CFO,<br>STEVE BAKER, AGENT,<br><br>　　　　　Defendant. | CASE NO. C19-650 MJP<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Having considered the federal defendants' Motion to Extend Time to Respond to First Amended Complaint, and all pleadings filed herein, and good cause appearing, IT IS HEREBY ORDERED that the federal defendants shall have until June 3, 2019, within which to respond to the First Amended Complaint.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 13, 2019.

　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT - 1