UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY W. ALEXANDER, | CASE NO. C19-650 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| INTERNAL REVENUE SERVICE, URSULA GILLIS AGENT, CFO, STEVE BAKER, AGENT, | |
| Defendants. | |

On July 18, 2019, the Court issued a Minute Order requiring the Parties in this matter to file a Joint Status Report by July 29, 2019. (Dkt. No. 9.) Defendants immediately filed a status report (Dkt. No. 10) and a Motion to Vacate Case Deadlines as to the United States, or in the Alternative for an Order to Show Cause (Dkt. No. 11). In their Motion, Defendants noted their repeated unsuccessful attempts to contact Plaintiff since he filed this lawsuit on May 2, 2019. (Dkt. No. 11.) Indeed, neither Defendants nor this Court have heard from Plaintiff since he filed this action and Plaintiff has now failed to comply with the Court's minute order directing him to file a Joint Status Report by this date.

1 | The Court is left with no alternative at this point but to DISMISS the matter without
2 | prejudice. Plaintiff may, within the statute of limitations, re-file the matter at some future date.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated July 30, 2019.

Marsha J. Pechman
United States District Judge